**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Center for Biological Diversity, | ) | No. 12-CV-8088-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| United States Forest Service, | ) | |
| Defendant. | ) | |

On May 9, 2012, Plaintiff filed a complaint challenging Defendant's decision to authorize and proceed with the "Jacob-Ryan Vegetation Management Project" in the Kaibab National Forest. The Court set a scheduling conference for October 1, 2012. Now before the Court is the parties' Stipulation and Joint Motion for Order Re: Expedited Summary Judgment Briefing Schedule. (Doc. 10.)  The Court having reviewed the stipulation and found its terms reasonable,

IT IS ORDERED vacating the October 1, 2012, scheduling conference and waiving the filing of a joint case management report.

IT IS FURTHER ORDERED that:

(1)  On or before June 22, 2012, Plaintiff shall file any amended or supplemental complaint.

(2)  On or before June 29, 2012, Defendant shall provide Plaintiff with a draft index of the Administrative Record.

1      (3)    On or before July 13, 2012, Defendant shall lodge with the Court and provide to Plaintiff the Administrative Record in pdf format on CD-Rom(s).

      (4)    On or before August 20, 2012, Plaintiff shall file its motion for summary judgment, along with any supporting papers. Plaintiff's summary judgment brief shall be limited to 22 pages or less.

      (5)    On or before September 14, 2012, Defendant shall file its motion for summary judgment and its opposition to Plaintiff's motion for summary judgment, in one combined brief, along with any supporting papers. Defendant's combined opening and opposition brief shall be limited to 22 pages or less.

      (6)    On or before September 28, 2012, Plaintiff shall file its combined opposition and reply summary judgment brief. Plaintiff's combined opposition and reply brief shall be limited to 15 pages or less.

      (7)    On or before October 12, 2012, Defendant shall file its final reply brief. Defendant's reply brief shall be limited to 15 pages or less. Defendant shall provide Plaintiff with two weeks' written notice prior to sending out any requests for proposals concerning any contracting for implementation of the Jacob-Ryan project.

      (8)    A hearing on the parties' summary judgment motions will be held on **Tuesday, November 20, 2012, at 9:30 a.m., in Courtroom 601, Phoenix, Arizona.**

DATED this 18th day of June, 2012.

_____
Paul G. Rosenblatt
United States District Judge