**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Forest Service,<br><br>    Defendant. | No. 12-CV-8088-PCT-PGR<br><br><br>**ORDER** |

The Court having reviewed the parties' joint motion to continue oral argument (Doc. 54), and good cause appearing,

IT IS ORDERED vacating the December 5, 2012 oral argument date. Oral argument on the parties' summary judgment motions is reset for **Tuesday, December 18, 2012, at 9:30 a.m., in Courtroom 601, Phoenix, Arizona.**

DATED this 8th day of November, 2012.

_/s/ Paul G. Rosenblatt_
Paul G. Rosenblatt
United States District Judge